OPINION — AG — ** GROUP INSURANCE — STATE AGENCIES — CONTRIBUTIONS ** QUESTION: ARE STATE INSTITUTIONS NOT COVERED UNDER 70 O.S. 2111 [70-2111], 70 O.S. 2112 [70-2112] [70-2112] ABLE TO ACQUIRE HEALTH INSURANCE FOR ITS EMPLOYEES ? — NEGATIVE (TAX SUPPORTED INSTITUTIONS, PROCURE AND MAINTAIN GROUP INSURANCE SYSTEM, PREMIUMS, STATE BUDGET DIRECTOR, PAYROLL DEDUCTIONS) CITE: 70 O.S. 2111 [70-2111], 70 O.S. 2112 [70-2112] (FRED HANSEN)